RECEIVED
AUG 14 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOVETTA HONGO, *et al.* | CIVIL ACTION 1:17-CV-00371 |
| VERSUS | JUDGE DRELL |
| KEVIN FORTIER, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs' Motion to Remand (Doc. 7) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 14th day of August, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT